IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17cr-083 |
| Plaintiff, | : | |
| v. | : | WALTER HERBERT RICE |
| | : | INFORMATION |
| CAMERON A. WALKER | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
**[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

On or about July 12, 2016, in the Southern District of Ohio, defendant CAMERON A. WALKER, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

BENJAMIN C. GLASSMAN
United States Attorney

SHEILA G. LAFFERTY
Assistant United States Attorney