IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17-CR-0083-WHR-1 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | |
| | | __MOTION TO CONTINUE HEARING__ |
| CAMERON A. WALKER | : | |
| Defendant. | : | |
| | : | |

Now comes Defendant, through counsel, moves this court to continue the hearing now scheduled for April 24, 2019 at 9:30 a.m. The matter is scheduled for sentencing but the court has not as yet ruled upon Defendant's Motion to Withdraw Guilty Plea which was filed with this court on March 6, 2018 (at Doc. # 23). Defendant submits that under the circumstances, it would be appropriate to continue the hearing scheduled for April 24, 2019 to allow the court to rule on the merits of Defendant's motion.

WHEREFORE, Defendant moves this court for an order continuing the hearing scheduled for April 24, 2019 at 9:30 a.m.

Respectfully submitted,

/s/Jeffrey R. McQuiston
Jeffrey R. McQuiston (0027605)
130 W. Second St., Ste. 1818
Dayton, OH 45402-1503
PHONE:	(937) 226-7529
FAX:	(937) 226-1224
E-MAIL:	qlaws123@aol.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2019, I electronically filed the foregoing document with the Clerk of Court, United States District Court for the Southern District of Ohio using the CM/ECF system which will send notification to all parties of record on the date of filing.

/s/ Jeffrey R. McQuiston
Jeffrey R. McQuiston